FILED
CLERK, U.S. DISTRICT COURT

July 21, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL ONE, N.A., as Trustee of the BETA INDIVIDUAL EMPLOYER WELFARE BENEFIT PLAN AND TRUST, and POINTE BENEFIT CONSULTANTS, LLC as Administrator/Recordkeeper of the BETA INDIVIDUAL EMPLOYER WELFARE BENEFIT PLAN AND TRUST,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LAWRENCE SAKS, M.D., JEANNE SAKS, and MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Defendants.<br><br>And related cross-actions | Case No. 2:13-cv-06411-SJO-PJW<br><br>Honorable S. James Otero<br><br>**JUDGMENT**<br><br>Courtroom: 1 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36075228v1 0963417

After considering the parties' Motions for Judgment pursuant to Federal Rule of Civil Procedure Rule 52 and the arguments of counsel at a hearing on June 9, 2015, this Court issued its Findings of Facts and Conclusions of Law on June 26, 2015 (Docket # 131). Based on the aforementioned matters and for good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

(1)   Judgment shall be entered in favor of Defendant, Cross-Claimant and Counter-Claimant Massachusetts Mutual Life Insurance Company ("MassMutual") on its claim against Defendant and Cross-Defendant Lawrence Saks ("Lawrence") for misrepresentation with respect to life insurance policy no. 11-564-044 issued by MassMutual and insuring Lawrence's life (the "Disputed Policy");

(2)   As there is no cause of action in California for unjust enrichment, MassMutual is not entitled to any recovery against Lawrence for unjust enrichment with respect to the Disputed Policy; and

(3)   Judgment shall be entered in favor of MassMutual on its claim against Lawrence and Defendant and Cross-Defendant Jeanne Saks ("Jeanne") for declaratory relief concerning the rights and duties of the parties with respect to the Disputed Policy and, in accordance with the relief sought by MassMutual, this Court declares that:

> (a)   Lawrence committed fraud and made material misrepresentations to MassMutual and thus was not entitled to the premiums waived for the Disputed Policy in the amount of $201,530 per year for five years (totaling $1,007,650 in unpaid premiums), and the value of the Disputed Policy shall accordingly be calculated, taking into account the unpaid premiums in the amount of $1,007,650 and any other adjustments to which MassMutual is entitled in accordance with the terms of the Disputed Policy;

(b) the determination of the value of the Disputed Policy is referred to the Parties for resolution and is to be calculated in accordance with the terms of the Disputed Policy;

(c) Lawrence, Jeanne and Plaintiff and Counter-Defendant Capital One, N.A., as Trustee of the BETA Individual Employer Welfare Benefit Plan and Trust ("Capital One") are bound by the Court's judgment that the Disputed Policy's waiver of premium benefit does not apply;

(4) As to MassMutual's Counterclaim, since there is no remaining dispute as to the rights and obligations of the parties under the terms of the BETA Individual Employer Welfare Benefit Plan and Trust ("Plan"), or the Disputed Policy, Plaintiffs Capital One and Pointe Benefit Consultants, LLC, as Administrator/Recordkeeper of the Plan, are bound by this Judgment;

(5) Pursuant to the Court's August 6, 2014 Order granting in part Jeanne's Motion for Summary Judgment (Docket # 94), upon distribution of Plan assets, Plaintiffs are to directly disburse all of the Plan assets at issue to Jeanne rather than to Lawrence and any distributions of policies issued by MassMutual that comprise the Plan assets (including the Disputed Policy) shall be made pursuant to the terms of such policies;

(6) The Superior Court shall retain jurisdiction over any remaining disputes between Lawrence and Jeanne pursuant to the Marital Settlement Agreement between Lawrence and Jeanne; and

(7) Each party shall bear his, her or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 21, 2015

*S. James Otero*

S. James Otero
Judge of the United States District Court

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36075228v1 0963417